UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABEL ROSARIO, and<br>BIANNEURY PENA,<br>a/k/a "Charly,"<br><br>Defendants. | **UNSEALING ORDER**<br><br>S1 24 Cr. 497 (DLC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ryan W. Allison;

It is found that Superseding Indictment S1 24 Cr. 497 is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that Superseding Indictment S1 24 Cr. 497 be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 31, 2024

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK