```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :   S1 24cr497-1(DLC)
            -v-                       :
                                      :        ORDER
                                      :
ABEL ROSARIO,                         :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The defendant having requested new counsel at the December 5 S1 arraignment, it is hereby

ORDERED that a conference to address the change of counsel is scheduled for December 11, 2024 at 12:00 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         December 6, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge