```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    S1 24cr497-1(DLC)
            -v-                       :
                                      :         ORDER
ABEL ROSARIO,                         :
                                      :
                        Defendant.    :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference to address the change of counsel scheduled for December 11, 2024 is moved to 11:30 AM on the same date in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         December 10, 2024

                                            _____
                                                   DENISE COTE
                                            United States District Judge