```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :    S1 24cr497-1(DLC)
                                           :
            -v-                            :         ORDER
                                           :
ABEL ROSARIO,                              :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

As set forth on the record at the conference held on December 11, 2024, it is hereby

ORDERED that C.J.A. counsel Jeffrey Pittell is relieved as counsel in this matter and C.J.A. counsel Matthew Kluger is appointed to represent the defendant.

Dated:  New York, New York
        December 11, 2024

                                    _____
                                              DENISE COTE
                                    United States District Judge