```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
              -v-                       :      S1 24cr497-1(DLC)
                                        :
ABEL ROSARIO,                           :            ORDER
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

WHEREAS, with the defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Figueredo on May 14, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

IT IS FURTHER ORDERED that sentencing is scheduled for **August 21, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street. Defense submissions are due **August 8,** and Government submissions are due **August 15.**

Dated:    New York, New York
          May 20, 2025

                              _____
                                    DENISE COTE
                         United States District Judge