```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :    S1 24cr497-1(DLC)
                                          :
ABEL ROSARIO,                             :         ORDER
                                          :
                        Defendant.        :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

Sentencing is scheduled to occur on August 21, 2025. In his sentencing submission of August 8, 2025, the defendant requests a <u>Fatico</u> hearing. Accordingly, it is hereby

ORDERED that the parties shall identify by August 15, 2025, the witnesses they will call at the <u>Fatico</u> hearing.

IT IS FURTHER ORDERED that the <u>Fatico</u> hearing is scheduled for Wednesday, August 20 at 10:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:  New York, New York
        August 14, 2025

                                    _____
                                           DENISE COTE
                                    United States District Judge