UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
 :
UNITED STATES OF AMERICA,  :
 :
                -v-  :     S1 24cr497-1(DLC)
 :
ABEL ROSARIO,  :     ORDER
 :
              Defendant.  :
 :
----------------------------------------X

DENISE COTE, District Judge:

    Having received the defendant's letter of August 19, 2025, it is hereby

    ORDERED that the sentencing scheduled for August 21 is adjourned to **Thursday, September 18, 2025 at 11:00 AM.**

    IT IS FURTHER ORDERED that the defendant shall identify any outstanding factual disputes by **September 5, 2025,** and any further Government submission shall be filed by **September 12, 2025.** The parties shall provide the Court with 2 courtesy copies on the date of filing.

Dated:    New York, New York
          August 20, 2025

                                              _____
                                                   DENISE COTE
                                       United States District Judge