UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                -v-                     :     S1 24cr497-1(DLC)
                                        :
ABEL ROSARIO,                           :          ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   In anticipation of the sentencing of September 18, 2025 of defendant Abel Rosario, it is hereby

   ORDERED that the Government shall promptly produce to the Court copies of the photographs, videos, and messages appearing on Rosario's cellphone on which it is relying to support its Sentencing Guidelines calculation.

Dated:    New York, New York
          September 15, 2025

                              _____
                                     DENISE COTE
                              United States District Judge