UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :        24cr497-1 (DLC)
                                          :
            -v-                           :        ORDER
                                          :
ABEL ROSARIO,                             :
                    Defendant.            :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

A judgment of conviction was entered against the defendant on September 19, 2025. A notice of appeal of the defendant's sentence was filed with the Second Circuit Court of Appeals on September 26. On February 17, 2026, the defendant, proceeding pro se, moved this Court for appointment of new counsel on appeal. The defendant's appeal is pending, however, before the Second Circuit, and this Court lacks jurisdiction to appoint new counsel in connection with the defendant's appeal. It is hereby

ORDERED that that the defendant's February 17 motion is denied. The defendant shall forward any further submissions regarding his appeal to the Court of Appeals for the Second Circuit.

IT IS FURTHER ORDERED that the Clerk of Court is directed to forward the motion to the Second Circuit for consideration.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant and note service on the docket.

Dated:    New York, New York
          February 18, 2026

                                    DENISE COTE
                         United States District Judge